## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**KARISHMA CHANDNI PARTNERSHIP**
**d/b/a MOTEL 6 MORIARTY,**

     **Plaintiff,**

**vs.**                                                    **Civ. No. 25-532 SMD/SCY**

**AMGUARD INSURANCE COMPANY,**

     **Defendant.**

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Plaintiff's counsel moves to withdraw from representing their client in this matter. Doc. 17. After the Court ordered Plaintiff's counsel to provide additional information, Plaintiff's counsel filed a supplemental motion to withdraw under seal. Doc. 19. The supplemental motion clarified that the client indicated by phone call that the client does not oppose the withdrawal. *Id.* The supplemental motion further indicated that Defendant does not oppose the motion. *Id.*

This District's Local Rules provide that when a motion to withdraw is contested, "[t]he attorney must file and serve on all parties, including the client, a motion to withdraw." D.N.M. L.R.-Civ. 83.8(b). The attorney must also "give notice in the motion that objections must be served and filed within fourteen (14) days from date of service of the motion and that failure to object within this time constitutes consent to grant the motion." *Id.* No objections have been filed on the docket within this time. As such, the Court grants the motion.

Because the Court grants defense counsel's motion to withdraw, Plaintiff  must retain new counsel, or any filings made by the LLC may be stricken and default judgment or other sanctions may be imposed. *See* D.N.M. L.R.-Civ. 83.8(c); *see also Harrison v. Wahatoyas, LLC*, 253 F.3d 552 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court

through an attorney and not through a non-attorney corporate officer appearing pro se.").

Plaintiff shall have 14 days from the date of this Order to obtain counsel. If nothing is filed on the docket in that time, the Court will recommend dismissal of this case without prejudice.

The Clerk of Court shall mail a copy of this Order to:

Karishma Chandi Partnership d/b/a Motel 6 Moriarty
1901 U.S Rt. 66
Moriarty, NM 87507

**SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE